IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALONZO ROBINSON | : | |
| | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | NO. 17-5242 |
| PENNSYLVANIA BOARD OF | : | |
| PROBATION AND PAROLE, et al., | : | |
| | : | |
| Respondents. | : | |

# ORDER

**AND NOW**, this 14th day of May, 2018, upon consideration of the Petition for Writ of Habeas Corpus (Doc. No. 1), the Revised Habeas Corpus Petition Forms (Doc. No. 4), Respondents' Response in Opposition (Doc. No. 8), the April 25, 2018 Report and Recommendation of United States Magistrate Judge Marilyn Heffly, to which there are no objections by Petitioner, and after a thorough and independent review of the record, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;
2. The Petition for Writ of Habeas Corpus is **DENIED** with prejudice;
3. There is no probable cause to issue a certificate of appealability.
4. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

/s/ Mitchell S. Goldberg

_____
**MITCHELL S. GOLDBERG, J.**